UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )    Case No. CR09-362-RSM
        v.                       )
                                 )
ARTURO BARAJAS GARCIA,           )    DETENTION ORDER
                                 )
        Defendant.               )
_____ )

Offenses charged:

        Count 1:     Conspiracy to Distribute Controlled Substances, in violation of 21
                     U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846

        Count 2:     Conspiracy to Engage in Money Laundering, in violation of 18 U.S.C.
                     § 1956(h)

Date of Detention Hearing: November 17, 2009.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        Defendant has stipulated to detention, but reserves the right to contest his continued

detention if there is a change in circumstances.

        IT IS THEREFORE ORDERED:

        (1)     Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of November, 2009.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge